OPINION — AG — ** STATE VEHICLES — CAMPAIGN SIGNS — BUMPER STICKERS — STATE PROPERTY ** THE PROVISIONS OF ARTICLE X, SECTION 14 PROHIBIT ANY PERSON FROM DISPLAYING ON A VEHICLE, OWNED BY A PUBLIC SCHOOL DISTRICT, A BUMPER STICKER PROMOTING A CANDIDATE FOR POLITICAL OFFICE. (POLITICAL ADVERTISING, NO LEGITIMATE PUBLIC PURPOSE, STATE EMPLOYEES) CITE: ARTICLE X, SECTION 14 (JEFF MIXON)